IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLARENCE DREIER AND
BRAD DREIER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

v.

CASE NO. 1D13-6186

WACHOVIA BANK,
NATIONAL ASSOCIATION,

Appellee.

_____/

Opinion filed September 22, 2014.

An appeal from the Circuit Court for Walton County.
Paul A. Rasmussen, Judge.

Davisson F. Dunlap, Jr. and Rebekah A. Smith of Dunlap & Shipman, P.A.,
Tallahassee, for Appellants.

Samuel M. Nelson of Burr & Forman, LLP, Orlando, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.